# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| JULIE CHENG a.k.a. JULIE XINGZHOU CHENG a.k.a. XINGZHOU CHENG, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ZHUHAI DINGFU PHASE I INDUSTRIAL ENERGY CONSERVATION INVESTMENT FUND, LP, a Chinese limited partnership, <br><br> Defendant. | Case No. 8:25-cv-01553-MRA-JDE <br> [Related Case No. 8:23-cv-02059-MRA-JDE] <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE [39]** <br><br> Honorable Mónica Ramírez Almadani |
| ZHUHAI DINGFU PHASE I INDUSTRIAL ENERGY CONSERVATION INVESTMENT FUND, LP, a Chinese limited partnership, <br><br> Counterclaimant, <br><br> v. <br><br> JULIE CHENG a.k.a. JULIE XINGZHOU CHENG a.k.a. XINGZHOU CHENG, an individual <br><br> Counterclaim-Defendant. | |
| ZHUHAI DINGFU PHASE I INDUSTRIAL ENERGY CONSERVATION INVESTMENT FUND, LP, a Chinese limited partnership, <br><br> Third-Party Plaintiff, | |

ARENTFOX SCHIFF LLP

|   |   |   |
|---|---|---|
| 1 | v. | |
| 2 | PHILLIP LIANG ZHANG, an individual; CENTRAL IRVINE INVESTMENT, LLC, a California limited liability company; WILLIAM CHENG, in his capacity as Trustee of the Phillip Zhang and Julie Cheng Family Trust ("Trustee"); and JCAE GROUP, INC., a California corporation,<br><br>Third-Party Defendants. | Action filed on July 16, 2025 |

## ORDER

**IT IS HEREBY ORDERED THAT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, this action is dismissed in its entirety and with prejudice. Each party agrees to bear its own fees, costs, and expenses. The Court will retain jurisdiction to enforce the terms of the parties' settlement agreement.

**SO ORDERED.**

DATED: January 6, 2026

_____
Honorable Mónica Ramírez Almadani
U.S. District Judge